In the Matter of the Claim of JACOB SHUB and Another, Respondents, against ADVANCE BATTERY CORPORATION and Another, Appellants. STATE INDUSTRIAL

BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.